FILED: February 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6181
(1:25-cv-02148-LMB-LRV)
_____

HALLAN WILMAR REYES ALVAREZ

        Petitioner - Appellee

v.

ROBERT GUADIAN, Director of Washington Field Office, U.S. Immigration and
Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland
Security; PAMELA BONDI, Attorney General of the United States

        Defendants - Appellants

 and

JEFFREY CRAWFORD, Warden, Farmville Detention Center

        Defendant

_____

O R D E R
_____

Upon consideration of appellee's unopposed motion for abeyance, the court grants

the motion and places this case in abeyance pending a decision by this court in *Garcia v.*

*Guadian*, No. 25-7044 and *Rivera v. Guadian*, No. 25-7050.

For the Court

/s/ Nwamaka Anowi, Clerk