FILED:  February 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6181
(1:25-cv-02148-LMB-LRV)

_____

HALLAN WILMAR REYES ALVAREZ

        Petitioner - Appellee

v.

ROBERT GUADIAN, Director of Washington Field Office, U.S. Immigration and
Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland
Security; PAMELA BONDI, Attorney General of the United States

        Defendants - Appellants

 and

JEFFREY CRAWFORD, Warden, Farmville Detention Center

        Defendant

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule

42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the

court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk